IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ASHLEY BROCK FARMER**                                          **PLAINTIFF**

V.                                                             **NO. 4:22-CV-11-DMB-JMV**

**GREENWOOD TOURISM
COMMISSION, d/b/a Greenwood
Convention and Visitors Bureau;
and CITY OF GREENWOOD,
MISSISSIPPI**                                                        **DEFENDANTS**

## ORDER

On May 5, 2022, Ashley Brock Farmer, with leave of the Court,[1] filed a second amended complaint against Greenwood Tourism Commission and City of Greenwood, Mississippi, alleging claims of race discrimination arising from her employment. Doc. #30. After answering the second amended complaint,[2] the City filed a motion for judgment on the pleadings, asserting that it is not the proper defendant, it "would not be considered … Farmer's employer" under Title VII, and Farmer "failed to adequately plead municipal liability … under § 1983." Doc. #40. Again with leave of the Court,[3] Farmer filed a third amended complaint against the same defendants on September 16, 2022. Doc. #77.

As a general rule, "[a]n amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). Because the third amended complaint does not incorporate the earlier pleadings and because the City has filed

---

[1] Doc. #29.

[2] Doc. #38.

[3] Doc. #76.

a motion for judgment on the pleadings specifically addressing the third amended complaint, the motion for judgment on the pleadings addressing the second amended complaint [40] is **DENIED as moot**.

    **SO ORDERED**, this 18th day of November, 2022.

                                                      /s/Debra M. Brown
                                                      **UNITED STATES DISTRICT JUDGE**