**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ASHLEY BROCK FARMER**                                                                 **PLAINTIFF**

**V.**                                                                 **NO. 4:22-CV-11-DMB-JMV**

**GREENWOOD TOURISM
COMMISSION, d/b/a Greenwood
Convention and Visitors Bureau;
and CITY OF GREENWOOD,
MISSISSIPPI**                                                                 **DEFENDANTS**

<u>**ORDER**</u>

On December 2, 2022, the Greenwood Tourism Commission filed a motion for summary judgment on all of Ashley Brock Farmer's claims against it. Doc. #117. In accordance with the Local Rules, the Commission filed a supporting memorandum brief, which is twenty-five pages long, excluding the certificate of service. Doc. #120. After Farmer responded, the Commission filed a rebuttal memorandum, containing twelve substantive pages. Doc. #131.

These filings together violate Local Rule 7(b)(5), which provides that a "[m]ovant's original and rebuttal memorandum briefs together may not exceed a total of thirty-five pages." Accordingly, the Commission's rebuttal memorandum [131] is **STRICKEN**. Within seven (7) days of this order, the Commission may refile its rebuttal memorandum in accordance with the Local Rules.[1]

**SO ORDERED**, this 19th day of January, 2023.

<u>/s/Debra M. Brown</u>
**UNITED STATES DISTRICT JUDGE**

---

[1] No additional arguments may be included in the refiled memorandum.