IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ASHLEY BROCK FARMER**                                                                     **PLAINTIFF**

**V.**                                                                                                   **NO. 4:22-CV-11-DMB-JMV**

**GREENWOOD TOURISM
COMMISSION, d/b/a Greenwood
Convention and Visitors Bureau;
and CITY OF GREENWOOD,
MISSISSIPPI**                                                            **DEFENDANTS**

## ORDER

On February 15, 2023, United States Magistrate Judge Jane M. Virden held a settlement conference with the parties. Doc. #136. The minutes from the conference reflect this case was settled. *Id.* In light of the settlement, the pending motion for summary judgment [117] is **DENIED as moot**.

**SO ORDERED**, this 16th day of February, 2023.

                                                                  **/s/Debra M. Brown**
                                                                  **UNITED STATES DISTRICT JUDGE**