**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ASHLEY BROCK FARMER**                                                            **PLAINTIFF**

**V.**                                                                            **NO. 4:22-CV-11-DMB-JMV**

**GREENWOOD TOURISM**
**COMMISSION, d/b/a Greenwood**
**Convention and Visitors Bureau;**
**and CITY OF GREENWOOD,**
**MISSISSIPPI**                                                               **DEFENDANTS**

## ORDER

On April 10, 2023, Greenwood Tourism Commission filed a motion "to dismiss the civil action without cost and with prejudice and to enter a final judgment." Doc. #139 at 2. As cause, the Commission represents that the parties "participated in a settlement conference with the Honorable Jane M. Virden, U.S. Magistrate Judge, on February 15, 2023, which resulted in a settlement of this action." *Id.* at 1. The Commission also represents that Ashley Brock Farmer does not oppose the motion. *Id.*

Based on the Commission's representation that this case settled, the motion [139] is **GRANTED**. This case is **DISMISSED with prejudice**.

**SO ORDERED**, this 12th day of April, 2023.

                                                                                      /s/Debra M. Brown
                                                                                       **UNITED STATES DISTRICT JUDGE**