**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ASHLEY BROCK FARMER**                                                    **PLAINTIFF**

**V.**                                                    **NO. 4:22-CV-11-DMB-JMV**

**GREENWOOD TOURISM**
**COMMISSION, d/b/a Greenwood**
**Convention and Visitors Bureau;**
**and CITY OF GREENWOOD,**
**MISSISSIPPI**                                                    **DEFENDANTS**

## JUDGMENT

In accordance with the order entered this day, this case is dismissed with prejudice.

**SO ORDERED**, this 12th day of April, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**